# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEPHANY WILLIAMS, on behalf of herself and all others similarly situated**  *Plaintiff*  v.  **PINNACLE PROPERTY MANAGEMENT SERVICES, LLC**  *Defendant* | Civil Action No. 1:24-cv-08610 |

## AFFIDAVIT OF SERVICE

I, Kitty Estes, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Pinnacle Property Management Services, LLC in Dallas County, TX on September 19, 2024 at 12:10 pm at 1999 Bryan Street, suite 900, Dallas, TX 75201 by leaving the following documents with Shaina Fenimore who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Pinnacle Property Management Services, LLC.

NOTIFICATION OF DOCKET ENTRY - Page ID 77
Cover Sheet
Notice of Electronic Filing - Case Assigned
Notice of Electronic Filing - Clerk's Notice
NOTIFICATION OF DOCKET ENTRY - Page ID 76
Summons
Exhibit A - Williams Lease
Complaint

White Female, est. age 35-44, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.7849708667,-96.79693725
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in     Dallas County  ,   TX   on   9/20/2024  .

/s/ *Kitty Estes*
Signature
Kitty Estes
+1 (469) 363-7073



